CLIFFORD KANNER, Respondent, *v.* FREDERICK F. GROTZ, Appellant.

Submitted February 28, 1944; decided March 10, 1944.

*Vincent J. Loughlin* for motion.

*Archibald M. Laidlaw* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action, within the meaning of the Constitution.